IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR407-37 |
| | ) | |
| ISIDRO PULIDA-TEJEDO and | ) | |
| JOSE MARTIN OROZCO-CUELLAR, | ) | |
| | ) | |
| Defendants. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 8th day of May, 2007, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendants' motions to suppress are TAKEN UNDER ADVISEMENT.

Defendant Pulida-Tejedo's motion to sever is GRANTED AS UNOPPOSED.

All other pretrial motions are hereby deemed MOOT.

**SO ORDERED** this 9th day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA